IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TRUETT THOMAS,

      Plaintiff,

v.                                  No. CV 19-1164 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 22), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. *Plaintiff's Motion to Remand or Reverse Agency Decision*, (the "Motion"), (Doc. 14), is **GRANTED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE